### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | \| | |
| | \| | |
| **Plaintiff,** | \| | |
| | \| | **CASE NO. 2:24-PO-00015** |
| **v.** | \| | |
| | \| | **MAGISTRATE JUDGE JOLSON** |
| | \| | |
| **ECHEVERRIA, HELENA, B.,** | \| | |
| | \| | |
| **Defendant.** | \| | |
| | \| | |

---

### ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is DISMISSED.

s/Kimberly A. Jolson
_____
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

4/19/2024
**DATE**